

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-00615-CV

DONNA T. MOORE, DAVID B. MOORE, AND PROVIDENT FUNDING ASSOCIATES, LP D/B/A PROVIDENT HOME LOANS, Appellants

V.

BRENHAM READY MIX, INC., Appellee

Appeal from the 155th District Court of Waller County.   (Tr. Ct. No. 09-12-20105).

This case is an appeal from the final judgment signed by the trial court on May 2, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in trial court's judgment. Accordingly, the Court **reverses** the trial court's judgment awarding Brenham Ready Mix., Inc. foreclosure of the full amount of both of its liens and attorney's fees, **renders** judgment that Brenham Ready Mix, Inc.'s concrete lien is invalid, and **remands** the case to the trial court to determine the dollar amount of the fill-dirt lien that can be enforced against each of the appellants' properties.

The Court **orders** that the appellants, Donna T. Moore, David B. Moore, and Provident Funding Associates, LP *d/b/a* Provident Home Loans, jointly and severally, pay

one half of the appellate costs.   The Court **orders** that the appellee, Brenham Ready Mix, Inc., pay one half of the appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 10, 2015.

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.   Opinion delivered by Justice Keyes.